# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132451

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT H. BURROW,
      Defendant-Appellant.

SC: 132451
COA: 269028
Wayne CC: 96-503266

_____/

      On order of the Court, the application for leave to appeal the September 25, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

s1218

Clerk